IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

MATTHEW FINN,

      Plaintiff,

v.

CORNERSTONE BUILDING
BRANDS, INC.

      Defendant.

Civil Action No.  4:26-cv-0017-FL

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Brodie D. Erwin, of the firm Kilpatrick Townsend & Stockton LLP, a member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby enter an appearance on behalf of Defendant in this matter. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filing submitted in connection with this matter.

Dated:  February 4, 2026

Respectfully submitted,

*/s/Brodie D. Erwin*
NC State Bar No. 44368
berwin@ktslaw.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120

*Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 4, 2026, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ Brodie D. Erwin*
Brodie D. Erwin

2